UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEPENDENCE TRADING INC., <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA CORPORATION; CREDIT SUISSE GROUP AG; J.P.MORGAN CHASE & CO.; HSBC HOLDINGS PLC; BARCLAYS BANK PLC; LLOYDS BANKING GROUP PLC; WESTLB AG; UBS AG; ROYAL BANK OF SCOTLAND GROUP PLC; DEUTSCHE BANK AG; and CITIBANK NA, <br><br> Defendants. | No. 11-cv-4736 |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Grant & Eisenhofer P.A. hereby withdraws its appearance as a firm and for attorneys Jay Eisenhofer, Linda P. Nussbaum, & John D. Radice.  Counsel from the firm of Kohn, Swift & Graf, P.C., and the firm of the Law Offices Of Bernard M. Gross, P.C., shall continue in their representation of plaintiff, Independence Trading, Inc.

Dated:  October 20, 2011

                                                 */s/ Linda P. Nussbaum*
                                                 Linda P. Nussbaum
                                                 **GRANT & EISENHOFER P.A**.
                                                 485 Lexington Avenue, 29th Floor
                                                 New York, NY 10017
                                                 Tel: (646) 722-8504
                                                 Fax: (646) 722-8501
                                                 lnussbaum@gelaw.com

## CERTIFICATE OF SERVICE

I, Linda P. Nussbaum, certify that on October 20, 2011, I caused the foregoing Notice of Withdrawal to be served upon the following counsel via the Court's CM/ECF system.

Thomas C. Rice
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017

Dana Ashley Jupiter
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Juan Alberto Arteaga
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017

Warren Rubin
Law Office of Bernard M. Gross
100 Penn Square East
Wanamaker Bldg. Suite 450
Market & Juniper Sts.
Philadelphia, PA 19107

Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, 21st floor
Philadelphia, PA 19107

Joseph C. Kohn
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107

William E. Hoese
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107

*/s/ Linda P. Nussbaum*
Linda P. Nussbaum
**GRANT & EISENHOFER P.A**.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8504
Fax: (646) 722-8501
lnussbaum@gelaw.com